CASES DISPOSED OF WITHOUT WRITTEN OPINION.

STATE *v.* SCOTT.   From Union.   *Walter Clark, Jr.,* acting Attorney-General, for the State; *Williams & Lemmond* for defendant, appellant.   Affirmed.

STATE *v.* ALSOBROOKS.   From Union.   *Walter Clark, Jr.,* for the State; *A. M. Stack* for defendant, appellant.   Affirmed.

CARTER *v.* TEL. CO.   From Chatham.   *H. A. London & Son* for plaintiff; *Busbee & Son, W. A. Montgomery* for defendant, petitioner.   Petition of defendant to rehear dismissed.

LEDBETTER *v.* DELINTING CO.   From Richmond.   *J. D. Shaw* and *Morrison & Whitlock* for plaintiff, appellant; *Busbee & Busbee* for defendant.   Affirmed.

ROWELL *v.* LITTLE.   From Union.   *A. M. Stack* for plaintiff, appellant; *Adams, Jerome & Armfield, J. C. Sikes* and *Robinson & Caudle* for defendant.   Affirmed.

TURNER *v.* LAWS.   From Orange.   *Frank Nash* for plaintiff, appellant; *J. W. Graham* and *S. M. Gattis* for defendants.   Affirmed.

GUNTER *v.* TOBACCO CO.   From Durham.   *Boone, Giles & Boone* for plaintiff; *Winston & Bryant* for defendant, appellant.   Affirmed.

ROBERSON *v.* RAILWAY.   From Guilford.   *J. A. Barringer* for plaintiff; *King & Kimball* for defendant, appellant.   Affirmed.

STATE *v.* GARNER.   From Davidson.   *Attorney-General* for State; *E. E. Raper* for defendant, appellant.   Affirmed.

STATE *v.* ADAMS.   From Davidson.   *Attorney-General* for State; *Walser & Walser* and *E. E. Raper* for defendant, appellant.   Affirmed.

TÝSINGER, appellant, *v.* FURNITURE CO.   From Davidson. *Brooks & Thompson* and *Taylor & Scales* for defendant Affirmed.